UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:21-cr-126-2                                                                                       Date: May 6, 2022

United States of America    vs.    Jairo David Posadas

**PROCEEDINGS: In Person Change of Plea.** The interpreter, Ana Reyna, was sworn. The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

| Jason Huffaker | Kara Nagorny | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | | Gerald L. Gulley, Jr. |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ☐ No plea agreement filed
- ■ Plea Agreement [R.105] filed on April 6, 2022      ☐ sealed      ■ unsealed
- ■ Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moved to change plea      ■ granted      ☐ denied
- ■ Defendant waived reading of the Indictment      ☐ Indictment read
- ■ Defendant pleaded guilty to Count 5 of the Indictment.
- ☐ Government moved to dismiss the remaining counts as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET:  **Sentencing:** October 7, 2022 at 1:45 p.m. in Courtroom 3C
       **Before** the Honorable Katherine A. Crytzer, United States District Judge

---

• Parties must adhere to Local Rules 83.9.

• If any witnesses are to be called at sentencing, parties must expressly notify the Court at least fourteen days prior to the sentencing date.

---

- ☐ Defendant to remain on bond
- ■ Defendant remanded to custody of the U.S. Marshal

2:35 – 3:14