

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:21-cr-126-2                                    Date: November 4, 2022

United States of America     vs.     Jairo David Posadas

**PROCEEDINGS: In Person Sentencing.** The interpreter, Leon Fontova, was sworn. Neither party had any objections to the Revised Presentence Investigative Report.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

| Jason Huffaker | Kara Nagorny | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | Gerald L. Gulley, Jr. |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- ■ Allocution given by defendant
- ■ Government's Motion for Acceptance of Responsibility     ■ granted    ☐ denied
- ☐ Government's Motion                                       ☐ granted    ☐ denied
- ■ Defendant's Motion for Variance [R.167]                   ■ granted    ☐ denied

■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 41 months as to Count 5 of the Indictment. If you are deported, you shall not reenter the United States without the permission of the Attorney General or the Secretary of Homeland Security. If you do reenter the United States, you shall report to the nearest United States Probation Office within 72 hours of reentry. Upon release from imprisonment, the defendant shall be on supervised release for the term of 4 years. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions (3) set forth in the J&C.

■ **COURT RECOMMENDATIONS:**

The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. It is further recommended the defendant be afforded a full range of educational classes and vocational programs offered by the Bureau of Prisons. Further, the Court recommends the Bureau of Prisons give the defendant full credit for the time served he has spent in detention pending his sentencing. Lastly, the court recommends the defendant be designated to FCI Manchester (KY) or a facility as close to Knoxville, TN as possible as deemed appropriate by the BOP.

- ■ Special assessment: $100.00
- ■ Defendant remanded to custody

9:56 – 10:28